WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
　Attorney for Plaintiff

FILED '08 SEP 05 13:00 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JERRY DRURY,**　　　　　　　　　　　　　　　　　　CV # 07-396-HO

　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

　　　Defendant.

---

　　　Attorney fees in the amount of $5,070.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

　　　DATED this ___ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted on September 2, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
　Attorney for Plaintiff

ORDER - Page 1